No. A–111 (86–2023).   SHEPARD *v.* UNITED STATES.   C. A. 11th Cir.   Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–121.   ROSENTHAL *v.* STATE BAR OF CALIFORNIA.   Sup. Ct. Cal.   Application for stay and other relief, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. A–122.   ROSENTHAL *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA ET AL.   C. A. 9th Cir.   Application for stay and other relief, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. D–605.   IN RE DISBARMENT OF CLARKE.   Disbarment entered.   [For earlier order herein, see 479 U. S. 1078.]

No. D–630.   IN RE DISBARMENT OF ALLEN.   Disbarment entered.   [For earlier order herein, see 481 U. S. 1027.]

No. D–635.   IN RE DISBARMENT OF FLEISCHER.   Disbarment entered.   [For earlier order herein, see 482 U. S. 903.]

No. D–636.   IN RE DISBARMENT OF BROWN.   Disbarment entered.   [For earlier order herein, see 482 U. S. 903.]

No. D–641.   IN RE DISBARMENT OF WECHSLER.   Disbarment entered.   [For earlier order herein, see 482 U. S. 911.]

No. D–643.   IN RE DISBARMENT OF ROSENBLEET.   Disbarment entered.   [For earlier order herein, see *ante,* p. 1002.]

No. D–650.   IN RE DISBARMENT OF SLOTKIN.   It is ordered that Paul Simon Slotkin, of Cherry Hill, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–651.   IN RE DISBARMENT OF RIGOLOSI.   It is ordered that Vincent Paul Rigolosi, of Hackensack, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.